■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAMEEK J. WILLIAMS, Appellant.—Appeal from a judgment of the Supreme Court (Monserrate, J.), rendered September 7,

1990 in Broome County, convicting defendant upon his plea of guilty of the crime of attempted criminal sale of a controlled substance in the fourth degree.

We reject defendant's contention that the prison sentence he received as a second felony offender of 2½ to 5 years was harsh or excessive. The sentence was well within the statutory guidelines and was in accordance with the plea bargain *(see, People v Mackey,* 136 AD2d 780, *lv denied* 71 NY2d 899). Given defendant's extensive criminal background and the fact that the plea was to a reduced charge, we find no basis for disturbing the sentence imposed *(see, People v Dean,* 155 AD2d 774, *lv denied* 75 NY2d 812).

Mahoney, P. J., Casey, Yesawich Jr. and Mercure, JJ., concur. Ordered that the judgment is affirmed.